

# NUMBER 13-21-00206-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE RENE ESTRADA

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Order Per Curiam**

By petition for writ of mandamus, relator Rene Estrada seeks to compel the trial court to set aside an order requiring him to submit to a Rule 202 presuit deposition on or before July 7, 2021. *See* Tex. R. Civ. P. 202 (governing depositions before suit or to investigate claims). By motion for stay pending mandamus, relator seeks to stay the trial court's order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for stay pending mandamus, is of the opinion that the motion should be granted. Accordingly, we grant the

relator's motion for stay pending mandamus, and we order the presuit deposition to be stayed pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Ambrose Hernandez, Legacy Home Health Agency, Inc., and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
1st day of July, 2021.